## Commonwealth *v.* Gallagher, Appellant.

Submitted April 26, 1967. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*George T. Gallagher,* appellant, in propria persona.

*Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.